Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
Kenneth H. Frenchman, Esq. (KF-3635)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendant Merrill Lynch & Co., Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER                  :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION              :
:
:
:
:
-----------------------------------------------------------------X
RAUL LOJA,                                      :   07-CV-01652-AKH
:
                                Plaintiff,      :   **NOTICE OF ADOPTION**
                                                :   **OF ANSWER**
        - against -                             :   **TO MASTER COMPLAINT**
                                                :   **BY MERRILL LYNCH**
ALAN KASMAN D/B/A KASCO, *et al.*,              :
                                                :   **ELECTRONICALLY FILED**
                                Defendants.     :
-----------------------------------------------------------------X

PLEASE TAKE NOTICE THAT Defendant Merrill Lynch & Co., Inc. ("Merrill Lynch"), as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts Merrill Lynch's Answer to Master Complaint, dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

DOCSNY-267378v01

WHEREFORE, Merrill Lynch demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       September 14, 2007

DICKSTEIN SHAPIRO LLP

By:    /s/ Judith R. Cohen
       _____
       Robert J. Higgins (RH-6477)
       Judith R. Cohen (JC-8614)
       Kenneth H. Frenchman (KF-3635)
       1177 Avenue of the Americas
       New York, New York 10036
       Phone: (212) 277-6500
       Fax: (212) 277-6501

       *Attorneys for Defendant*
       MERRILL LYNCH & CO., INC.