UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :

-----------------------------------------------------------------X

RAUL LOJA,                                                      : 07-CV-01652-AKH

                Plaintiff,

                                                                    **APPEARANCE**

  - against -

ALAN KASMAN D/B/A KASCO, *et al.*, : **ELECTRONICALLY FILED**

                Defendants.

-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York           DICKSTEIN SHAPIRO LLP
       October 3, 2007

                             By:    /s/ Judith R. Cohen
                                          _____
                                     Judith R. Cohen (JC-8614)
                                     1177 Avenue of the Americas
                                     New York, New York 10036
                                     Phone: (212) 277-6500
                                     Fax: (212) 277-6501

                                     *Attorney for Defendant*
                                     MERRILL LYNCH & CO., INC.