UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------x

RAUL LOJA,

                                  Plaintiffs,                07CV1652

       against

                                                            ANSWER TO
                                                            AMENDED
                                                            COMPLAINT

ALAN KASMAN DBA KASCO, ANN TAYLOR
STORES CORPORATION, BATTERY PARK
CITY AUTHORITY, BLACKMON-MOORING
STEAMATIC CATASTOPHE, INC. D/B/A BMS
CAT, BOARD OF EDUCATION OF THE CITY
OF NEW YORK, BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, LP, BROOKFIELD PARTNERS,
LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC., DEPARTMENT OF
BUSINESS SERVICES, ENVIROTECH CLEAN
AIR, INC., UPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC., INDOOR
ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO.,
MERRILL LYNCH & CO, INC., NEW YORK
CITY SCHOOL CONSTRUCTION AUTHORITY,
NOMURA HOLDING AMERICA, INC.,
NOM[JRA SECURITIES INTERNATIONAL,
INC., NYSE INC., STRUCTURE TONE (UK),
INC., STRUCTURE TONE GLOBAL SERVICES,
INC., TOSCORP INC., TRIBECA LANDING
L.L.C., TUCKER ANTHONY, INC., VERIZON
NEW YORK, INC, WESTON SOLUTIONS, INC.,
WFP TOWER A CO., WFP TOWER A CO. G.P.
CORP., WFP TOWER A. CO., L.P., WFP TOWER
B CO. G.P. CORP., WFP TOWER B HOLDING
CO., LP, AND WFP TOWER B. CO., L.P., ET AL

|                                         |
|-----------------------------------------|
| Defendants.                             |
-------------------------------------x

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       April 1, 2008

                          Yours, etc.

                          FRIEDMAN, HARFENIST, LANGER & KRAUT
                          Attorneys for Defendant –Envirotech
                          3000 Marcus Avenue, Suite 2E1
                          Lake Success, New York 11042
                          (516) 775-5800

                          BY: _____
                                 Heather L. Smar (4622)